IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON CHAPPELL, #236111, a/k/a<br>WILBUR LEON SMITH,<br><br>       Plaintiff,<br><br>vs.<br><br>MONTGOMERY CO. COURTROOM,<br>JUDGE TRACEY MCCOOEY, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO.  2:13cv-811-WHA<br>)<br>)                      (WO)<br>)<br>)<br>) |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED.

DONE this 9th day of January, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE